**Peter Eidenberg, OSB #075778**
peidenberg@keatingjones.com
**Kelly F. Huedepohl, OSB #133896**
khuedepohl@keatingjones.com
Keating Jones Hughes PC
One SW Columbia, Suite 800
Portland, OR 97258-2095
Phone: (503) 222-9955
Fax: (503) 796-0699
Of Attorneys for Gordon Aylworth &
Tami, P.C.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TANA SPENCER, on behalf of herself and others similarly situated, | Case No. 3:16-cv-0093-BR |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| MIDLAND FUNDING LLC AKA MIDLAND FUNDING NCC-2 CORP, and, GORDON AYLWORTH & TAMI P.C., | |
| Defendants. | |

Pursuant to the Court's Opinion and Order, Dkt. 40, and the Court Order dated October 17, 2017, Dkt. 46, the parties jointly submit the following status report:

On October 21, 2016, this Court entered an Opinion and Order compelling the parties to proceed with arbitration. Dkt. 40 at 19. The Court also stayed this action pending resolution of the arbitration proceeding. Dkt. 40 at 18–19.

On November 15, 2017, the American Arbitration Association ("AAA") conducted a preliminary hearing on the issue of the arbitrability of plaintiff's claims under the arbitration provision in the relevant cardholder agreement. On November 20, 2017, the arbitrator issued an

**JOINT STATUS REPORT -** Page 1
3:16-CV-00093-BR

Doc No. 1136738

KEATING JONES HUGHES P.C.
One Southwest Columbia Street, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

order, attached as Exhibit 1 to this Joint Status Report, concluding that the arbitration clause in the cardholder agreement is valid, that the arbitration clause applies to plaintiff's claims against both defendants in this action, and that plaintiff's claims should proceed to arbitration on an individual basis. The arbitration hearing on plaintiff's individual claims is scheduled to occur on April 17, 2018.

DATED this 5th day of February, 2018.

KEATING JONES HUGHES, P.C.

*s/ Kelly F. Huedepohl*
Peter Eidenberg, OSB No. 075778
Kelly F. Huedepohl, OSB No. 113896
503-222-9955
Attorneys for Gordon Aylworth & Tami, P.C.

HOLLAND & KNIGHT, LLP

*s/ David K. Elkanich*
David J. Elkanich, OSB No. 992558
503-517-2928
Attorneys for Defendant Midland Funding LLC
Aka Midland Funding NCC-2

LAW OFFICES OF BRET KNEWTSON

*s/ Bret A. Knewtson*
Bret A. Knewtson, OSB No. 033553
503-846-1160
Attorneys for Plaintiff

**JOINT STATUS REPORT -** Page 2
3:16-CV-00093-BR

Doc No. 1136738

KEATING JONES HUGHES P.C.
One Southwest Columbia Street, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

## CERTIFICATE OF SERVICE

I hereby certify that on February 5th, I electronically filed the foregoing **JOINT STATUS REPORT** with the United States District Court, District of Oregon, Portland Division by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| Bret A. Knewtson<br>Law Office of Bret Knewtson<br>3000 NW Stucki Place, Suite 230-M<br>Hillsboro, OR 97124<br>Phone: (503) 846-1160<br>Fax: (503) 922-3181<br>Of Attorneys for Plaintiff | David J. Elkanich<br>Holland & Knight<br>111 SW Fifth Ave, Suite 2300<br>Portland, OR 97204<br>Phone: (503) 517-2928<br>Fax: (503) 241-8014<br>Of Attorneys for Midland Funding, LLC |
| Mark G. Passannante<br>Broer & Passannante PS<br>1001 SW Fifth Avenue, Suite 1220<br>Portland, OR 97204<br>Phone: (503) 294-0910<br>Fax: (503) 243-2717<br>Of Attorneys for Plaintiff | |

KEATING JONES HUGHES, P.C.

*s/ Kelly F. Huedepohl*
Peter Eidenberg, OSB No. 075778
peidenberg@keatingjones.com
Kelly F. Huedepohl, OSB No. 133896
khuedepohl@keatingjones.com
Of Attorneys for Gordon Aylworth & Tami, P.C.

**JOINT STATUS REPORT -** Page 3
3:16-CV-00093-BR
Doc No. 1136738

KEATING JONES HUGHES P.C.
One Southwest Columbia Street, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955